UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DORN BAILEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHEMTRUSION, INC., )<br>)<br>Defendant. ) | No. 4:22-cv-00014-SEB-KMB |

**JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by his complaint and this action is terminated.

Date: _____9/30/2024_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Robin C. Clay
CURLIN & CLAY LAW
rclay@curlinclaylaw.com

Alexander Phillip Will
Frost Brown Todd LLP
awill@fbtlaw.com

1